694 A.2d 342

**Richard GOLD and Alice Gold, his wife, Appellants,**

v.

**SUMMIT TOWNSHIP, BUTLER COUNTY, Appellee.**

Supreme Court of Pennsylvania.

Submitted July 12, 1996.

Decided June 19, 1997.

John Lane Geyer, for Appellants.

Alexander H. Lindsey, Jr., for Appellees.

## *ORDER*

PER CURIAM.

The appeal is dismissed as having been improvidently granted.

NEWMAN, J., did not participate in the consideration or decision of this case.